TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN







NO. 03-95-00078-CV







Douglas Allison Carmichael, Appellant



v.



Connie Sue Carmichael, Appellee







FROM THE DISTRICT COURT OF MILLS COUNTY, 35TH JUDICIAL DISTRICT


NO. 92-04-4748, HONORABLE ERNEST CADENHEAD, JUDGE PRESIDING








PER CURIAM


 Appellant Douglas Allison Carmichael has filed a motion to dismiss this appeal. 
The motion is granted. Tex. R. App. P. 59(a)(1)(B).

 The appeal is dismissed.


Before Justices Powers, Kidd and B. A. Smith

Dismissed on Appellant's Motion

Filed: June 21, 1995

Do Not Publish